IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| HAROLD GROVES and | ) | |
| DOROTHYMAE GROVES, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:15-cv-04100-MJW |
| | ) | |
| v. | ) | |
| | ) | |
| THE SALVATION ARMY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I hereby certify that Plaintiff's First Interrogatories and First Request for Production of Documents was served by first class mail, postage prepaid, and electronic mail this 20th day of August 2015 to the attorneys of record for defendant herein:

Joseph Reid
Jarica L. Oeltjen
Lathrop & Gage, LLP
910 E. St. Louis, Suite 100
Springfield, Missouri 65806
T: (417) 886-2000 | F: (417) 886-9126
Email:  jreid@lathropgage.com
          joeltjen@lathropgage.com

*Attorney For Defendant*

*Respectfully submitted by,*

**PROTZMAN LAW FIRM, LLC**

/s/ Andrew B. Protzman
Andrew B. Protzman, MO No. 47086
1100 Main Street, Suite 2550
Kansas City, MO 64105
T: 816.421.5100 | F: 816.421.5105
E-mail: andy@protzmanlaw.com

*Attorney for Plaintiffs*