IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| HAROLD GROVES and DOROTHYMAE GROVES,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE SALVATION ARMY,<br><br>*Defendant.* | Case No. 2:15-cv-04100-MJW |

**CERTIFICATE OF SERVICE**

Defendant The Salvation Army ("Salvation Army"), by and through the undersigned counsel, certifies that on this 21st day of September, 2015, *Salvation Army's Objections to Plaintiffs' First Interrogatories and Defendant Salvation Army's Objections to Plaintiffs' First Request for Production of Documents* were served via first-class mail on the following:

>Andrew B. Protzman
>Protzman Law Firm, LLC
>1100 Main Street, Suite 2550
>Kansas City, Missouri 64105
>Tel:  (816) 421-5100
>Fax:  (816) 421-5105
>andy@protzmanlaw.com
>Attorney for Plaintiffs

>     LATHROP & GAGE LLP
> By:  */s/ Jarica L. Oeltjen*
>     Joseph Reid, #53547
>     jreid@lathropgage.com
>     Jarica L. Oeltjen, #64924
>     joeltjen@lathropgage.com
>     910 E. St. Louis, Suite 100
>     Springfield, Missouri 65806
>     P: 417.886.2000
>     F: 417.886.9126
>     ATTORNEYS FOR DEFENDANT

24621228v1