IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| HAROLD GROVES and DOROTHYMAE GROVES, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:15-cv-04100-MJW |
| v. | ) ) | |
| THE SALVATION ARMY, | ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a complete copy of the following were served upon counsel for plaintiffs, Andrew B. Protzman, Protzman Law Firm, LLC, 1100 Main Street, Suite 2550, Kansas City, MO 64105, by U.S. Mail, postage prepaid and via e-mail at andy@protzmanlaw.com on this 11th day of November, 2015; and the foregoing ***Certificate of Service*** was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to same:

- ***Defendant's First Set of Interrogatories to Plaintiff Harold Groves***

- ***Defendant's First Request for Production of Documents to Plaintiff Harold Groves***

- ***Defendant's First Set of Interrogatories to Plaintiff Dorothymae Groves; and***

- ***Defendant's First Request for Production of Documents to Plaintiff Dorothymae Groves***

                LATHROP & GAGE LLP


By: */s/ Jarica L. Oeltjen*
     Joseph Reid, #53547
     jreid@lathropgage.com
     Jarica L. Oeltjen, #64924
     joeltjen@lathropgage.com
     910 E. St. Louis, Suite 100
     Springfield, Missouri 65806
     P: 417.886.2000
     F: 417.886.9126
     ATTORNEYS FOR DEFENDANT